# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2260

_____

David E. Proctor,                  *

                         *

             Appellant,       *

                         *

     v.                    *

                         *    Appeal from the United States

Men's Wearhouse, Inc.; Kathleen T.    *    District Court for the Eastern

Sullivan; Fred Singler; Carol       *    District of Missouri.

Souvenier; Charlie Bresler; George    *

Zimmer; Terry Manuel; Julie Aguirre;    *      [UNPUBLISHED]

Warren Randall; Steve Ambroz;     *

William Follas; Richard Rea; Galina    *

Michoulovina,                 *

                         *

           Appellees.       *

_____

Submitted:  June 26, 2001

Filed:  July 27, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

David E. Proctor appeals the district court's adverse grant of summary judgment in his employment discrimination action. After a review of the record and the parties'

briefs, we conclude the judgment was proper for the reasons stated by the district court. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.